**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PAMELA DUNKEL,

    Plaintiff,

v.                                              Case No.: 3:15-cv-949-J-34PDB

DAWN HAMILTON,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 49; Report), entered by the Honorable Patricia D. Barksdale, United States Magistrate Judge, on August 8, 2016. In the Report, Magistrate Judge Barksdale recommends that Defendant's Motion to Dismiss the Amended Complaint (Dkt. No. 27) be granted, all claims be dismissed, and the Clerk be directed to enter judgment and close the file. See Report at 27. Plaintiff has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.[1]  Accordingly, it is hereby

**ORDERED:**

1.  The Magistrate Judge's Report and Recommendation (Dkt. No. 49) is **ADOPTED**.

2.  Defendant's Motion to Dismiss the Amended Complaint (Dkt. No. 27) is **GRANTED**.

3.  This case is **DISMISSED**.

4.  The Clerk of the Court is directed to enter judgment dismissing the case, terminate any pending motions or deadlines as moot, and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 12th day of September, 2016.

MARCIA MORALES HOWARD
United States District Judge

ja
Copies to:
Counsel of Record
Pro Se Plaintiff

---

[1] The Court notes that with regard to Footnote 4 of the Report, see Report at 5, Michael Dunkel's § 2255 motion has now been denied, and judgment was entered in favor of the United States. See Docket entries 38 and 39 in Case No. 1:13-cr-220-GBL (E.D. Va.).